JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **SACV 26-02020-KK-PVCx** | Date: | October 1, 2026 |
| Title: | ***Barros v. Barros III et al.*** | | |

| | |
|---|---|
| Present: The Honorable | KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Dominique Carr | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (In Chambers) Order DISMISSING the Instant Action for Failure to File Amended IFP Request or Pay Fees**

On August 6, 2026, the Court denied Plaintiffs' request to proceed in forma pauperis ("IFP") and ordered each Plaintiff to either complete a separate and complete Request to Proceed [IFP]" or "pay the filing fee within fourteen days from the date of th[e] Order." Dkt. 8. Plaintiffs were expressly warned failure to either submit individual applications or pay the full filing fee would result in the matter being dismissed without prejudice. Id. To date, Plaintiffs have taken no action.

Accordingly, this case is **HEREBY ORDERED DISMISSED** without prejudice. **IT IS FURTHER ORDERED** that the Clerk of Court shall close this action.

**IT IS SO ORDERED.** (JS-6)